**Alberto WINFFEL, Plaintiff–Appellant,**

v.

**A. POMAZAL; Ronald E. Barnes, Warden, Defendants–Appellees.**

No. 12–15202.

United States Court of Appeals, Ninth Circuit.

Submitted April 16, 2013.*

Filed April 23, 2013.

Alberto Winffel, Corcoran, CA, pro se.

Jarhett Blonien, AGCA—Office of the California Attorney General, Sacramento, CA, Neah Huynh, Deputy Attorney General, AGCA—Office of the California Attorney General, San Francisco, CA, for Defendants–Appellees.

Before: CANBY, IKUTA, and WATFORD, Circuit Judges.

MEMORANDUM **

California state prisoner Alberto Winffel appeals pro se from the district court's summary judgment in his 42 U.S.C. § 1983 action alleging deliberate indifference to his safety in connection with a fall he sustained in a prison shower. We have jurisdiction under 28 U.S.C. § 1291. We review de novo. *Toguchi v. Chung,* 391 F.3d 1051, 1056 (9th Cir.2004). We affirm.

The district court properly granted summary judgment because Winffel failed to raise a genuine dispute of material fact as to whether defendants knew of and disregarded an excessive risk to his safety. *See Farmer v. Brennan,* 511 U.S. 825, 837, 114 S.Ct. 1970, 128 L.Ed.2d 811 (1994) ("[A] prison official cannot be found liable under the Eighth Amendment for denying an inmate humane conditions of confinement unless the official knows of and disregards an excessive risk to inmate health or safety; the official must both be aware of facts from which the inference could be drawn that a substantial risk of serious harm exists, and he must also draw the inference."); *Starr v. Baca,* 652 F.3d 1202, 1207–08 (9th Cir.2011) (discussing the requirements for establishing supervisory liability).

**AFFIRMED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.